IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01384-REB-CBS

OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC.,
SHANE PAUL,
STEVEN BUSSONE,
DALE STEWART,
KENNETH HINZMAN, and
WILLIAM MECK, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

USIS COMMERCIAL SERVICES, INC., d/b/a DAC Services, an Oklahoma corporation,

      Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that the Unopposed Motion to Vacate Settlement Conference (filed July 8, 2005; *doc. no. 56*) is **GRANTED**. The settlement conference set for July 15, 2005, is **VACATED**. It is further

      **ORDERED** that parties are to submit updated confidential settlement statements no later than **August 19, 2005**, for the court's review.

      Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL additional settlement materials (i.e. deposition transcripts, exhibits) are to be submitted to the court as hard copies. Counsel are directed to indicate in their email if they are submitting additional information for the court to read. Any additional material shall be delivered to the office of the Clerk of the Court in an

envelope marked "CONFIDENTIAL AND PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS".

**DATED:**     July 12, 2005