IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01384-REB-CBS

OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC.,
SHANE PAUL,
STEVEN BUSSONE,
DALE STEWART,
KENNETH HINZMAN, and
WILLIAM MECK, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

USIS COMMERCIAL SERVICES, INC., d/b/a DAC Services, an Oklahoma corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that the Parties' Unopposed Motion for Modification of Scheduling Order (Filed July 22, 2005, Docket No. 59) is **GRANTED.**  It is further

    **ORDERED**   Plaintiffs shall file their Reply to Defendant's Response to Plaintiff's Motion for Class Certification   on or before **August 23, 2005.**    Further**,** it is

    **ORDERED**   the parties shall disclose expert reports   on or before **August 08, 2005.**  Further, it is

    **ORDERED**   the parties shall disclose  Rebuttal expert reports   on or before **September   08, 2005.**

**DATED:** July 25, 2005