**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-1384-REB-CBS

OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al,

    Plaintiffs,

v.

USIS COMMERCIAL SERVICES, INC., d/b/a DAC Services, an Oklahoma corporation,

    Defendant.

---

MINUTE ORDER[1]

---

    Defendant's Motion for Leave to File a Short Three-Page Sur-Reply in Opposition to Plaintiff's Reply re: Motion in Limine re: Evidence of Knowledge of DAC Regarding the Fair Credit Reporting Act Based Upon Advice of Legal Counsel, or in the Alternative, Motion to Compel Production of Documents, With Brief in Support (Docket No. 84) [#123], filed February 7, 2006, is DENIED.  Having reviewed the defendant's motion, the court concludes that briefing on the issues raised in the plaintiffs' motion in limine is sufficient without the filing of a sur-reply.

Dated:  February 7, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.