**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-01384-REB-CBS

OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al,

    Plaintiffs,

v.

USIS COMMERCIAL SERVICES, INC., d/b/a DAC Services, an Oklahoma corporation,

    Defendant.

---

MINUTE ORDER[1]

---

    The Unopposed Motion by USIS Commercial Services, Inc. to Strike Trial Date of May 15, 2006 and Trial Preparation Conference of May 12, 2006 [#139] filed March 27, 2006, is DENIED as moot, based on the order entered by the court granting the defendant's motion to continue trial [#175].

Dated: May 3, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.