**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:**   04-cv-01384-REB-CBS | **FTR** - Reporter Deck, Crtrm A402 |
| **Date: May 10, 2006** | Courtroom Deputy, Ellen E. Miller |

OWNER-OPERATOR INDEPENDENT DRIVERS
 ASSOCIATION, INC.,
SHANE PAUL,
STEVEN BUSSONE,
DALE STEWART,
KENNETH HINZMAN,
WILLIAM MECK,
WALT WILLIAMS,
JEFF MATHEWS, and
RICHARD LEE SISEMORE,

Randall S. Herrick-Stare
    (by telephone)
Paul D. Cullen, Jr.
    (by telephone)

   **Plaintiff(s),**
   v.

USIS COMMERCIAL SERVICES, INC.,

Larry D. Henry
  (by telephone)
John a. Burkhardt, Jr.
  (by telephone)

   **Defendant(s).**

**COURTROOM   MINUTES  /  MINUTE  ORDER**

**HEARING:   TELEPHONIC  MOTIONS  HEARING**
**Court in Session:**   11:15 a.m.
Court calls case. Telephonic appearance of counsel.

Mr. Herrick-Stare clarifies
Exhibit 1 attached to Docket No. 160 (identified in CM/ECF as160-2) is the original list of Trial exhibits;
Exhibit 2 attached to Docket No. 160 (identified in CM/ECF as160-3) is referred to as the "03-21 List" as it is the list of exhibits exchanged by the parties on March 21;
Exhibit 3 attached to Docket No. 160 (identified in CM/ECF as160-4) is referred to as the "03-21 Supplemental List" and is the current list of exhibits to be used at Trial.

Discussion is held regarding Exhibit 3 to Docket No. 160. The Court notes some descriptions are too brief and need to be expanded   and   some descriptions contain "industry terms"or acronyms

that need to be clarified.

Mr. Herrick-Stare notes he has submitted to opposing counsel a Proposed Master List of Exhibits in accordance with District Judge Blackburn's instructions to meld two sets of exhibits into a single list. He will modify that Proposed Master List of Exhibits as instructed on the record and will propose new labels for the exhibits.

**It is ORDERED:** Plaintiff's MOTION TO REPLACE THEIR LIST OF EXHIBITS APPENDED TO THE FINAL PRETRIAL ORDER (Docket No. **160,** Filed April 25, 2006) is **GRANTED** for reasons as stated on the record, therefore,

Plaintiff is allowed to replace the previous Exhibit List with what is designated as Exhibit 3 to the Motion to Replace.

Mr. Herrick-Stare notes one of Plaintiff's experts is expected to be out of the country during the time period of the Trial, recently reset to August, 2006. Plaintiff will decide whether to request a substitution of Professor Sedo for Professor Belzer

HEARING CONCLUDES.

**Court in recess:** 11:46 a.m.
Total In-Court Time:    00:31