**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-01384-REB-CBS

OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al,

    Plaintiffs,

v.

USIS COMMERCIAL SERVICES, INC., d/b/a DAC Services, an Oklahoma corporation,

    Defendant.

MINUTE ORDER[1]

    The Unopposed Motion by USIS Commercial Services, Inc. to Amend/Correct/Modify Motion in Limine to *Bar Testimony, Argument, or Evidence About Walt Williams,* [#197] filed June 20, 2006, is **GRANTED.** Exhibit A attached to the motion shall be substituted for the previously filed Exhibit A.

Dated: June 21, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.