IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01384-REB-CBS

OWNER-OPERATOR INDEPENDENT DRIVER ASSOCIATION, INC.,
SHANE PAUL,
STEVEN BUSSONE,
DALE STEWART,
WILLIAM MECK,
WALT WILLIAMS,
JEFF MATHEWS, and
RICHARD LEE SISEMORE,

On behalf of themselves and others similarly situated.

    Plaintiffs,

v.

USIS COMMERCIAL SERVICES, INC. d/b/a DAC SERVICES, an Oklahoma corporation,

    Defendant.

## ORDER

The Court having received the Unopposed Motion of USIS Commercial Services, Inc. ("USIS") to Amend the Final Pretrial Order to Substitute Expert Witness (*doc. no. 211*), and noting no objection, the Court finds that substitution Dr. Morton McPhail as an expert witness for USIS in place of Dr. John R. Michael is appropriate. Accordingly, the Court finds that the Motion to Amend the Final Pretrial Order is GRANTED.

IT IS THEREFORE ORDERED that the Motion to Amend the Final Pretrial Order is granted, and the Final Pretrial Order (dkt. 137), shall be amended to

2

substitute Dr. Morton McPhail as an expert witness for USIS in place of Dr. John R. Michael.

DATED at Denver, Colorado, this 19th day of July, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge