**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-01384-REB-CBS

OWNER-OPERATOR INDEPENDENT DRIVER ASSOCIATION, INC.,
SHANE PAUL,
STEVEN BUSSONE,
DALE STEWART,
WILLIAM MECK,
WALT WILLIAMS,
JEFF MATHEWS,
RICHARD LEE SISEMORE, and
KENNETH HINZMAN,

     Plaintiffs,

v.

USIS COMMERCIAL SERVICES, INC., d/b/a DAC SERVICES,

     Defendant.

## ORDER CONCERNING DEFENDANT'S MOTIONS IN LIMINE RE: JAMES JOHNSTON

**Blackburn, J**

     This matter is before me on the **Defendant's Motion in Limine to Preclude Testimony of James Johnston** [#136], filed March 13, 2006. The plaintiffs have filed a response, and the defendant has filed a reply. The motion is denied.

     The defendant argues that Johnston has been designated as a lay witness, but his deposition testimony indicates that he may testify to opinions that are admissible only as expert opinion testimony under Fed. R. Evid. 702. Having reviewed the record, I conclude that the issues raised by the defendant are evidence driven and cannot be resolved until

evidence is presented at trial.[1]  It is far from certain that Johnston will attempt to testify to opinions admissible only under Rule 702.  If he does, that issue readily can be addressed at trial.

**THEREFORE, IT IS ORDERED** the **Defendant's Motion in Limine to Preclude Testimony of James Johnston** [#136], filed March 13, 2006, is **DENIED**.

Dated July 28, 2006, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                    **s/ Robert E. Blackburn**
                                                    **Robert E. Blackburn**
                                                    **United States District Judge**

---

[1] I specifically discourage the filing of such motions in my Practice Standards.  *See* REB Civ. Practice Standard V.F.