**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No 04-cv-01384-REB-CBS

SHANE PAUL, et al.

      Plaintiffs,

v.

USIS COMMERCIAL SERVICES, INC. d/b/a DAC Services, an Oklahoma corporation

      Defendants.

MINUTE ORDER[1]

      Defendant's Unopposed Motion for Leave to Supplement Motion in Limine to Preclude Report and Testimony of Glenn Beamer to Add Expert Report of Dr. Morton McPhail, With Brief in Support [#229], filed July 28, 2006, is DENIED as moot. The motion that the defendant seeks to modify was resolved before the court received the motion to modify.

Dated:  August 8, 2006

-------------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.