**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No 04-cv-01384-REB-CBS

SHANE PAUL, et al.

      Plaintiffs,

v.

USIS COMMERCIAL SERVICES, INC. d/b/a DAC Services, an Oklahoma corporation

      Defendants.

---

MINUTE ORDER[1]

---

      The Unopposed Motion by USIS Commercial Services, Inc. to Substitute Demonstrative Exhibits [#249], file August 11, 2006, is GRANTED.

      IT IS FURTHER ORDERED that the Unopposed Motion by USIS Commercial Services, Inc. to Amend Exhibit List [#250], filed August 11, 2006, is GRANTED and Dr. McPhail's vita shall be Trial Exhibit "69" and Dr. McPhail's Report shall be Trial Exhibit "407."

      IT IS FURTHER ORDERED that the Unopposed Request for Additional Jury Instruction by Defendant, USIS Commercial Services, Inc. [#251], filed August 11, 2006, is GRANTED.  Counsel for defendant USIS shall submit to the chamber's e:mail address defendant's instruction D-13.

Dated:  August 15, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.