**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-01384-REB-CBS

SHANE PAUL,
WILLIAM MECK,
JEFF MATHEWS, and
RICHARD LEE SISEMORE,

    Plaintiffs,

v.

USIS COMMERCIAL SERVICES, INC., d/b/a DAC SERVICES,

    Defendant.

## JURY INSTRUCTION CHARGING CONFERENCE ORDER

**Blackburn, J.**

    During the charging conference on September 1, 2006, I approved certain instructions to which the parties stipulated or about which there was no objection, and I revised certain instructions and verdict forms after conferring with counsel and marshaling objections. I have considered carefully any other instructions and verdict forms proposed and tendered by the plaintiffs and defendant. I have considered carefully any objections to those instructions and verdict forms and those proposed by the court. I have considered carefully the reasons stated, arguments advanced, and authorities cited by the parties in their papers and during the charging conference in support of or in opposition to the proposed instructions and verdict forms. I have considered whether the proposed and tendered instructions and verdict forms were

filed in the time and manner required by **REB Civ. Practice Standard V.E.4.,** and whether untimely instructions and verdict forms should be considered under **REB Civ. Practice Standard V.E.4.d.**

Having engaged in this comprehensive analysis, I find and conclude as follows:

1. That the court's attached instructions and verdict forms for each plaintiff, as a whole, are supported by the evidence and that they properly, plainly, and accurately instruct the jury on every issue presented;

2. That the court's attached instructions and verdict forms are not repetitive, redundant, or superfluous and do not unduly emphasize any single issue or evidentiary excerpt and do not contain improper or incomplete statements of the law;

3. That the court's attached instructions and verdict forms are not likely to confuse or distract the jury; nor are they likely to unreasonably and unnecessarily extenuate or vitiate a required statement of the law;

4. That the court's attached instructions and verdict forms are designed and organized to provide the jury with a complete and coherent method by with to discharge their solemn duties in this case; and

5. That concerning the proposed and tendered instructions and verdict forms that I considered and rejected, I approve, adopt, and incorporate the reasons stated, arguments advanced, and authorities cited by the party opposing the instruction or verdict form that I rejected.

**THEREFORE, IT IS ORDERED** as follows:

1. That the attached instructions one through twenty-two and the verdict forms

for each plaintiff are approved for inclusion in the court's charge to the jury; and

    2. That all other proposed and tendered jury instructions and verdict forms are rejected, including, but not limited to, defendant's requested instruction D-15.

    Dated September 1, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**