**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No 04-cv-01384-REB-CBS

SHANE PAUL,
WILLIAM MECK,
JEFF MATHEWS,
KENNETH HINZMAN, and
RICHARD LEE SISEMORE,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

USIS COMMERCIAL SERVICES, INC. d/b/a DAC Services, an Oklahoma corporation

    Defendant.

**ORDER OF DISMISSAL
AS TO PLAINTIFF KENNETH HINZMAN**

**Blackburn, J.**

    The matter before the court is the **Stipulated Motion for Dismissal of Plaintiff Kenneth Hinzman with Prejudice** [#307], filed March 22, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that all claims of plaintiff Kenneth Hinzman in this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion for Dismissal of Plaintiff Kenneth Hinzman with Prejudice** [#307], filed March 22, 2007, is **GRANTED**; and

    2. That all claims of plaintiff Kenneth Hinzman are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 22, 2007, at Denver, Colorado.

**BY THE COURT:**

**/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**